UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL DEMPSEY AND GORDON DICKMAN,

        Plaintiffs,

v.

KOHL'S DEPARTMENT STORES, INC.,

        Defendant.

Case No. 2:19-cv-00655-JPS

---

## DEFENDANT'S CIVIL L. R. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Kohl's Department Stores, Inc., furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1

1.     The full name of the Defendant is Kohl's Department Stores, Inc.

2.     Kohl's Department Stores, Inc. is a wholly-owned subsidiary of Kohl's Corporation; no publicly held corporation owns any of Kohl's Department Stores, Inc.'s stock.

3.     Only attorneys from Godfrey & Kahn, S.C. are expected to appear in this action on behalf of Kohl's Department Stores, Inc.

Dated this 4th day of June, 2019.

        By: *s/Christie B. Carrino*_____
            Erin M. Cook
            State Bar No. 1074294
            Christie B. Carrino
            State Bar No. 1097885
            Godfrey & Kahn, S.C.
            833 East Michigan Street, Suite 1800
            Milwaukee, WI 53202-5615
            Phone: 414-273-3500
            Fax: 414-273-5198
            Email: mcook@gklaw.com
                     ccarrino@gklaw.com

        Defendant KOHL'S DEPARTMENT STORES, INC.

20704005.1